IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LUIS RICARDO VALDEZ, § | |
|     Plaintiff § | |
| § | |
| vs. § | Civ. No. 5:15-CV-303 |
| § | |
| ALLSTATE TEXAS LLOYDS, § | |
|     Defendant § | |

## MEMORANDUM OF DISMISSAL

The parties have filed a Rule 41(a) Stipulation of Dismissal. (Dkt. 15). In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties have signed the Stipulation. Pursuant to the Rule, no court order is required to effectuate the dismissal. The Clerk is therefore DIRECTED to enter on the docket sheet that this case is dismissed.

DONE at Laredo, Texas, this 16th day of June, 2016.

_____
George P. Kazen
Senior United States District Judge